# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF WISCONSIN
### HON. Lynn Adelman, presiding

#### SENTENCING MINUTES

DATE: 8/10/21
CASE NO.: 20 CR 41
UNITED STATES v. Louis Bates
United States By: Kevin Knight
Probation Officer: Darrel Dragolovich
Interpreter: _____  ☐ Sworn

Dep. Clerk: Julie D
Ct. Reptr.: Tom
Time Called: 1:30 pm
Time Concluded: 1:35 pm

Deft. _Louis Bates_ in person, and by Attorney _Thomas Hayes_

| Custody of Bureau of Prisons | Supervised Release/Probation |
|---|---|
| TS months on Count(s) 2 | 3 year(s) on Count(s) 2 |
| ___ months on Count(s) ___ | ___ year(s) on Count(s) ___ |

to run concurrently/consecutively
for a total of _____ months
Court's recommendation to Bureau of
Prisons: _____

CONDITIONS OF SUPERVISION: 1 – 13

COUNT(S) DISMISSED on motion of Government: __1_____

FINE: $_____ on Count(s) _____.
    Terms:
    ☒ Fine waived or reduced due to defendant's inability to pay.
    ☐ Interest on fine waived.
RESTITUTION: $_____ Payee: _____
    Terms:
    ☐ Interest on restitution waived.
SPECIAL ASSESSMENT: $ _100_____.
    ☒ To be paid immediately.
    ☐ Other:
FORFEITURE: Include in judgment

CUSTODY STATUS:
    ☒ Defendant remanded to custody of U.S. Marshal.
    ☐ Execution of sentence stayed until _____
    ☐ Voluntary surrender to institution.
☒ Defendant advised of right to appeal.

OTHER:

## STATEMENT OF REASONS

☐ The Court adopts the factual findings and guideline application in the presentence report

or

☐ The Court adopts the factual findings and guideline application in the presentence report except:

Advisory Guideline Range Determined by the Court:

Total Offense Level: __24__
Criminal History Category: __III__
Imprisonment Range : __63__ to __78__ months
Supervised Release Range: ____ to __3__ years
Fine Range: $__20,000__ to $__1,000,000__

☐ The sentence is within the guideline range.

or

☐ The court departs from the guideline range
　　☐ Upon motion of the government, as a result of defendant's substantial assistance.
　　☐ For the following reason(s):

or

☐ The court imposes a non-guideline sentence under 18 U.S.C. § 3553(a).